# UNITED STATES BANKRUPTCY COURT FOR THE
# NORTHERN DISTRICT OF CALIFORNIA

In re
Debra Giusti,                                                              Case No. 11-13491

_____ Debtor(s). /

## Order To File
## Required Documents and Notice Regarding Automatic Dismissal

The debtor(s) named above failed to file the documents listed below.

- ■ Summary of Schedules (*Official Form 6*)
- ☐ Statistical Summary of Certain Liabilities and Related Data (28 U.S.C. §159) (*Official Form 6*)
- ■ Schedule A - Real Property (*Official Form B6A*)
- ■ Schedule B - Personal Property (*Official Form B6B*)
- ■ Schedule C - Property Claimed as Exempt (*Official Form B6C*)
- ■ Schedule D - Creditors Holding Secured Claims (*Official Form 6D*)
- ■ Schedule E - Creditors Holding Unsecured Priority Claims (*Official Form 6E*)
- ■ Schedule F - Creditors Holding Unsecured Nonpriority Claims (*Official Form 6F*)
- ■ Schedule G - Executory Contracts and Unexpired Leases (*Official Form B6G*)
- ■ Schedule H - Codebtors (*Official Form B6H*)
- ■ Schedule I - Current Income of Individual Debtor(s) (*Official Form 6I*)
- ■ Schedule J - Current Expenditures of Individual Debtor(s) (*Official Form 6J*)
- ■ Declaration Concerning Debtor's Schedules (*Official Form 6*)
- ■ Statement of Financial Affairs (*Official Form 7*)
- ☐ Statement of Current Monthly Income and Means Test Calculation - Chapter 7 (*Form B22*)
- ☐ Statement of Current Monthly Income - Chapter 11 (*Form B22B*)
- ■ Statement of Current Monthly Income and Calculation of Commitment Period and Disposal Income - Chapter 13 (B22C)
- ■ Payment Advices
- ■ Chapter 13 Plan
- ☐ Certification Regarding Debtor(s) Notification Required by 11 U.S.C. §342(b) - Individual Consumer Debtor (*Director's Form B201*)
- ☐ Notice to Debtor by Non-Attorney Bankruptcy Petition Preparer (*Form 19B*)
- ■ A certificate that Credit Counseling as required by U.S.C. §109(h) was completed prior to the filing of the petition
- ☐ [Other]

NOTICE IS GIVEN that unless the document(s) listed above are filed within 14 days of the filing date of the petition, or such further time as the court may grant, the court MAY DISMISS this case. If you desire a hearing, you must file a request for hearing with proper service, within 7 days of the date of this Order.

Date: September 21, 2011                    <u>Alan Jaroslovsky</u>
                                            Bankruptcy Court Judge

```
United States Bankruptcy Court
    Northern District of California
```

In re:                                                                  Case No. 11-13491-AJ
Debra Giusti                                                            Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0971-1          User: wbkarnes          Page 1 of 1          Date Rcvd: Sep 21, 2011
                              Form ID: pdfeoall       Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 23, 2011.
```
db            +Debra Giusti,   380 Pleasant Hill Rd.,   Sebastopol, CA 95472-4020
smg            Franchise Tax Board,   Bankruptcy Group,   P.O. Box 2952,   Sacramento, CA  95812-2952
12168630      +AT and T,   P.O. Box 5025,   Carol Stream, IL 60197-5025
12168629      +Best Buy,   P.O. Box 49353,   San Jose, CA 95161-9353
12168628      +Chase,   P.O. Box 469030,   Glendale, CO 80246-9030
12168631      +Verizon,   7000 Central Ave. SW,   Albuquerque, NM 87121-2096
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: itcdbg@edd.ca.gov Sep 22 2011 03:16:18     CA Employment Development Dept.,
               Bankruptcy Group MIC 92E,   P.O. Box 826880,   Sacramento, CA  94280-0001
12168627      +E-mail/Text: ALSBankruptcy@aurorabankfsb.com Sep 22 2011 03:15:45     Aurora Loan Services,
               2617 College Park Dr.,   Bluff, NE 69361-2294
                                                                                              TOTAL: 2
```

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 23, 2011**                    **Signature:** *Joseph Speetjens*